# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>JOSEPH ALFRED EDWARD LYTELL TORRES,<br><br>**Defendant.** | CR 20-07-H-BMM<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on October 20, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith and Wesson, model 59, 9mm pistol, SN: A384640; and
- 9mm ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 6th day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court