**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-07-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JOSEPH ALFRED EDWARD L. TORRES , | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 2, 2026. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on March 2, 2026 (Doc. 48.) The United States accused Joseph Torres  (Torres) of violating the conditions

of his supervised release by: (1) testing positive for methamphetamine on November 5, 2025, and admitting to using methamphetamine daily for the past week, and further by testing positive for methamphetamine on November 24, 2025, and admitting to using methamphetamine daily for the past week; (2) failing to report for substance abuse testing on November 18, 2025, and November 21, 2025; (3) failing to report for substance abuse treatment sessions on June 11, 2024, and November 26, 2025; (4) failing to report for random urinalysis on November 19, 2025, and failing to report to his probation officer as directed on November 20, 2025; by: (5) committing the misdemeanor offense of Possession of a Controlled Substance, marijuana, during December of 2025, in Powder County, Idaho; and (6) on December 1, 2025, traveling outside his assigned district to American Falls, Idaho, without the permission of his probation officer. (Docs. 42 and 47.)

At the revocation hearings, Torres admitted that he had violated the conditions of supervised release as set forth the Amended Petition. Judge Johnston recommended a sentence of custody of 4 months, with 32 months of supervised release to follow. Judge Johnston also recommended that during the term of his supervised release, Torres shall be placed in a residential re-entry center at the direction of his probation officer. (Doc. 52.) The Court advised Torres of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 48.)

The violations Torres admitted prove serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Alfred Edward Torres be sentenced for a term of custody of custody of 4 months, with 32 months of supervised release to follow. During his term of supervised release, Torres shall be placed in a residential re-entry center at the direction of his probation officer.

DATED this 24th day of March 2026.


Brian Morris, Chief District Judge
United States District Court