**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>JOSEPH ALFRED EDWARD L. TORRES ,<br><br>        Defendant. | CR-20-07-H-BMM<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on July 16, 2026. (Doc. 68.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-

52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 13, 2026. (Doc. 67.) The United States accused Joseph Torres (Torres) of violating the conditions of his supervised release by: (1) using methamphetamine on June 21, 2026; (2) consuming alcohol on June 22, 2026; (3) communicating or interacting with Maria Sandoval, a convicted felon, without the permission of his probation officer; and (4) failing to notify his probation office within ten days of a change in residence from his approved residence.  (Doc. 37.)

At the revocation hearings Torres admitted that he had violated the conditions of supervised release as set forth in allegations 1, 2, and 4of the Petition. The Government moved to dismiss allegations 3, which the Court granted. (Doc. 67.)

Judge Johnston found that the violations Torres admitted prove serious and warrants revocation, and recommended that he receive a custodial sentence until October 30, 2026, with 28 months of supervised release to follow. During the first sixty days of supervised release, Torres shall be placed in a secure in-patient substance abuse treatment facility. Upon completion of substance abuse treatment, Torres shall be placed in a residential re-entry center for a period of up to 180 days at the direction of his probation officer.  (Doc. 68.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 68) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Joseph Torres receive a custodial sentence until October 30, 2026, with 28 months of supervised release to follow. During the first sixty days of supervised release, Torres shall be placed in a secure in-patient substance abuse treatment facility. Upon completion of substance abuse treatment, Torres shall be placed in a residential re-entry center for a period of up to 180 days at the direction of his probation officer.

DATED this 16th day of July 2026.

_____
Brian Morris, Chief District Judge
United States District Courts